UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SCHLECTER & CATHY SCHLECTER,<br><br>            Plaintiffs,<br><br>            -against-<br><br> US BANK TRUST NA,<br><br>            Defendant. | 26-CV-202 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of Defendant having not yet appeared in this action, the Court extends the

deadline for the joint letter and proposed Civil Case Management Plan and Scheduling Order, as

described in ECF No. 2, to **April 15, 2026**. Additionally, the conference previously scheduled in

this matter for April 7, 2026, at 10:00 a.m., is RESCHEDULED to April 20, 2026, at 10:00 a.m.

Dated:  April 3, 2026
        White Plains, New York

                                        SO ORDERED.

                                        _Jessica Clarke_

                                        JESSICA G. L. CLARKE
                                        United States District Judge